**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6625

BARTON JOSEPH ADAMS,

Petitioner - Appellant,

v.

WARDEN ANNE MARIE CARTER, FCI Morgantown,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. John Preston Bailey, District Judge. (2:14-cv-00065-JPB-JES)

Submitted: August 27, 2015        Decided: September 1, 2015

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barton Joseph Adams, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barton Joseph Adams, a former federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing as moot his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Adams v. Warden, No. 2:14-cv-00065-JPB-JES (N.D.W. Va. Apr. 7, 2015). We deny Adams' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED